IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHIRLEY DINGLE,                    )
                                   )
          Plaintiff,               )
                                   )
    v.                             )       1:14CV181
                                   )
HUNT PARK 60 ASSOCIATES LTD        )
PARTNERSHIP,                       )
                                   )
          Defendant.               )

**ORDER**

On March 11, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 6.) Plaintiff objected to the Recommendation (Doc. 7).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be, and the same is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim upon which relief

may be granted.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of April, 2014.

                                    /s/ William L. Osteen, Jr.
                                    United States District Judge